# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB, )
 )
    Petitioner, )
 )
v. )
 ) No. 15-1133
FEDERAL ENERGY )
REGULATORY COMMISSION, )
 )
    Respondent. )

## PETITION FOR REVIEW

Pursuant to Natural Gas Act § 19(b), 15 U.S.C. §717r(b), and Fed. R. App. P. 15(a), Sierra Club hereby petitions the Court for review of:

1. the Order of the Federal Energy Regulatory Commission entered on December, 30 2014 at 149 FERC ¶ 61,283 and titled "Order Granting Authorization under Section 3 of the Natural Gas Act and Issuing Certificates"; and

2. the Commission's denial of Petitioner's request for rehearing of this order, entered on May 6, 2015 at 151 FERC ¶ 61,098 and titled "Order Denying Rehearing."

~~These two Orders were entered in Commission dockets Corpus Christi~~ Liquefaction, LLC, Docket Nos. CP12-507-000 and CP12-507-001 and Cheniere Corpus Christi Pipeline, L.P., Docket Nos. CP12-508-000 and CP12-508-001.

Respectfully submitted on May 11, 2015.

By: *Nathan Matthews /AJR*
Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioner Sierra Club

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB, )
)
Petitioner, )
)
v. ) No. 15-1133
)
FEDERAL ENERGY )
REGULATORY COMMISSION, )
)
Respondent. )
)

## CORPORATE DISCLOSURE STATEMENT

**Sierra Club**, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment. Sierra Club has no parent corporation, and no publicly held corporation owns any of its stock.

Respectfully submitted on May 11, 2015.

By: *Nathan Matthews/AJR*
Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioner Sierra Club

## CERTIFICATE OF SERVICE

I, Natalie Spiegel, hereby certify under the penalty of perjury that on May 11, 2015, I served a copy of the foregoing Petition for Review and Corporate Disclosure Statement by electronic mail on the following parties, including all members of the service list in FERC Docket Nos. CP12-507-000, CP12-507-001, CP12-508-000 and CP12-508-001:

Karri Mahmoud
Manager, Projects
Cheniere Energy, Inc.
700 Milam Street
Suite 800
Houston, TX 77002
karri.mahmoud@cheniere.com

Rina Chang
Senior Counsel, Regulatory
Cheniere Energy, Inc.
700 Milam St.
Suite 800
Houston, TEXAS 77000
rina.chang@cheniere.com

John Tweed
Assistant General Counsel
500 Dallas Street, Ste 1000
Houston, TX 77002
john_tweed@kindermorgan.com

Lisa Tonery
Attorney
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
lisa.tonery@nortonrosefulbright.com

Lee Baskin
Director, Regulatory
Kinder Morgan Texas Pipeline LLC
500 Dallas
Suite 1000
Houston, TX 77002
lee_baskin@kindermorgan.com

J. Curtis Moffatt
Deputy General Counsel and VP
Kinder Morgan, Inc.
1001 Louisiana St.
Suite 1000
Houston, TX 77002
curt_moffatt@kindermorgan.com

Robert Francis Christin
Attorney
Van Ness Feldman, LLP
1050 Thomas Jefferson Street
Washington, DC 20007
rfc@vnf.com

Bruce Newsome
Vice President
Natural Gas Pipeline Company of America LLC
3250 Lacey Road
7th Floor
Downers Grove, IL 60515
bruce_newsome@kindermorgan.com

John C Griffin
Assistant General Counsel
Kinder Morgan Interstate Gas Pipelines
569 Brookwood Village, Suite 749
Birmingham, AL 35209
john_griffin@kindermorgan.com

Thomas G Joyce
Manager - Regulatory
Tennessee Gas Pipeline Co., L.L.C.
1001 Louisiana
Suite 830A
Houston, TX 77002
Tom_Joyce@KinderMorgan.com

Milton Palmer
Director, Rates and Regulatory
Tennessee Gas Pipeline Co., L.L.C.
1001 Louisiana Street
Houston, TX 77002
milton_palmer@kindermorgan.com

James D Johnston
Vice President, Associate Gene
Tennessee Gas Pipeline Co., L.L.C.
700 Louisiana Street
Suite 2060
Houston, TX 77002
jjohnston@crestwoodlp.com

May 11, 2015.

_Natalie Spiegel / AJR_
Natalie Spiegel