FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

**ORAL ARGUMENT NOT YET SCHEDULED**

June 2, 2016

<u>*Via Electronic Case Filing*</u>

Mark Langer, Clerk
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W., Room 5205
Washington, D.C. 20001

    Re:   Notice of Scheduling Conflict
           *Sierra Club v. FERC*, No. 15-1133

Dear Mr. Langer:

    I am counsel for Respondent, the Federal Energy Regulatory Commission, in the above-referenced case. If the case is set for oral argument, I likely will be the arguing attorney for the Commission. I am writing to notify the Court that I have a scheduling conflict from September 6-13, 2016, and to request that, if possible, the argument not be scheduled during that period. Thank you very much for your consideration.

                              Respectfully submitted,

                              */s/ Karin L. Larson*

                              Karin L. Larson
                              Tel.: 202-502-8236
                              Karin.Larson@ferc.gov

                              *Counsel for Respondent Federal Energy Regulatory Commission*

cc: Counsel of Record (via ECF)