# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1133**                  **September Term, 2016**

FERC-CP12-507-000
FERC-CP12-507-001
FERC-CP12-508-001
FERC-CP12-508-000

**Filed On: October 4, 2016** [1639164]

Sierra Club,

        Petitioner

     v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

American Petroleum Institute, et al.,
        Intervenors

      **BEFORE:**     Brown, Millett, and Wilkins, Circuit Judges

### O R D E R

     The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the petition for review without oral argument on the basis of the appendix submitted by the parties and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                             BY:     /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk